ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG 15 2016  3:39
CLERK, U.S. DISTRICT COURT
By _____ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL CLAY HEASLET (24)<br>a/k/a "Whisper" | Criminal No. 4:16-CR-132-A<br><br>ENHANCEMENT<br>INFORMATION<br><br>[21 U.S.C. §§ 841(b)(1)(B):<br>Penalty Enhancement for<br>a Prior Conviction for a Felony<br>Drug Offense] |

THE UNITED STATES ATTORNEY CHARGES:

PENALTY ENHANCEMENT INFORMATION

The United States Attorney for the Northern District of Texas files this enhancement information and notifies the above-named Defendant pursuant to Title 21 United States Code, section 851 that based on **Michael Clay Heaslet's** prior conviction for a felony drug offense dated October 31, 2006, for Possession With Intent to Deliver a Controlled Substance of four grams or more, but less than 200 grams, namely: methamphetamine, in Case No. 0975332D, in the 396th District Court, Tarrant County, Texas, the Defendant is subject to increased punishment if convicted. In the event that the Defendant is convicted of Count One of the Third Superseding Indictment in this cause, then the United States Attorney for the Northern District of Texas will move the court to enhance the Defendant's sentence pursuant to Title 21, United States Code,

section 841(b)(1)(B), which provides for a sentence of imprisonment of not less than 10 years and not more than life, a fine of up to $8,000,000.00, and a term of supervised release for not less than 8 years.

Respectfully submitted,

JOHN R. PARKER
UNITED STATES ATTORNEY

/s/ Shawn Smith

SHAWN SMITH
Assistant United States Attorney
Texas State Bar No. 24033206
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817-252-5200
Facsimile: 817-252-5455

CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2016, the foregoing Government's Penalty Information was served by first class mail to Thomas Pappas at 900 Jackson Street, Suite 330, Dallas, Texas 75202, counsel for defendant.

/s/ Shawn Smith

SHAWN SMITH
Assistant United States Attorney