ORIGINAL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

FILED
SEP - 6 2016
CLERK, U.S. DISTRICT COURT
By _____ Deputy

# MINUTE ORDER - HEARING ON GOVERNMENT'S PENALTY ENHANCEMENT INFORMATION AS CONTEMPLATED BY 21 U.S.C. § 851(A)

JUDGE: McBryde
LAW CLERK: Wade Formo
COURT REPORTER: Ana Warren
CSO: Ray Urban

---

Case No.: 4:16-CR-132-A     <u>United States v. Bounds</u>

Date Held: September 6, 2016     Time: 10:36 a.m. - 10:54 a.m. (18 minutes)

---

Counsel for Government: Shawn Smith

Counsel for Kevin Killough: Derek D. Brown

Counsel for Michael Heaslet: Thomas G. Pappas

Counsel for Nicole Herrera: Kirk F. Lechtenberger

Counsel for Trae Short: Frank Dounell Able

===============================================================

Defendants, Kevin Killough, Michael Heaslet, Nicole Herrera, and Trae Short, present in courtroom.

Each defendant admitted to the applicable offense described in the information.

Defendant Herrera took the position that her previous conviction should not be considered as a grounds for enhancement.

Defendants Heaslet, Herrera and Short each took the position that the enhancement should not be applied in their respective cases because of the Holder Memorandum.

Court ordered that all objections be filed in writing by 2:00 p.m. on September 29, 2016.

Hearing concluded.